1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9
             EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO.  2:18-MJ-00186 CKD
12 |                        Plaintiff,  |
13 |              v.                    | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
14 | A VERN SAETEURN,                   |
15 |                        Defendant.  | DATE: October 10, 2018
   |                                    | TIME: 2:00 p.m.
16 |                                    | COURT: Hon. Deborah Barnes

17        Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney AMANDA BECK, and defendant A VERN SAETEURN, both individually and by and

19 through his counsel of record, LINDA PARISI, hereby stipulate as follows:

20        1.      The Complaint in this case was filed on September 24, 2018, and defendant first appeared

21 before a judicial officer of the Court in which the charges in this case are pending on September 26,

22 2018.

23        2.      The current preliminary hearing date is October 10, 2018.

24        3.      By this stipulation, the parties jointly move for an extension of time of the preliminary

25 hearing date to October 25, 2018, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d)

26 of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the

27 defense reasonable time for preparation, and for the government's continuing investigation of the case.

28 The parties further agree that the interests of justice served by granting this continuance outweigh the

FINDINGS AND ORDER                              1

1  best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2       4.      The parties agree that good cause exists for the extension of time, and that the extension

3  of time would not adversely affect the public interest in the prompt disposition of criminal cases.

4  Therefore, the parties request that the time between October 10, 2018, and October 25, 2018, be

5  excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

6       IT IS SO STIPULATED.

7

8  Dated:  October 5, 2018                    McGREGOR W. SCOTT
                                              United States Attorney

9

10                                            /s/ AMANDA BECK
                                              AMANDA BECK

11                                            Assistant United States Attorney

12

13  Dated:  October 5, 2018                   /s/ LINDA PARISI
                                              LINDA PARISI

14                                            Counsel for Defendant
                                              A VERN SAETEURN

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:18-MJ-00186 CKD |
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| A VERN SAETEURN, | DATE: October 10, 2018 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Deborah Barnes |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 5, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to October 25, 2018, at 2:00 p.m.

1       2.      The time between October 10, 2018, and October 25, 2018, shall be excluded from

2  calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3       3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.

5      IT IS SO ORDERED.

7  DATED:  OCTOBER 9, 2018

                                          DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE