| | |
|---|---|
| 1 | LINDA M. PARISI, SBN 84247 |
| | LAW OFFICES OF WING & PARISI |
| 2 | 917 G Street |
| | Sacramento, CA 95814 |
| 3 | Telephone: (916) 441-4888 |
| | Facsimile: (916) 441-1575 |
| 4 | Email: linda@wingparisilaw.com |

Attorneys for A Vern Saeteurn

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00212-TLN |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| A. VERN SAETEURN, | |
| Defendant. | |

Defendant A Vern Saeteurn, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Vincenza Rabenn, hereby stipulate as follows:

1. By previous stipulation, this matter was set for a Status Conference on March 5, 2020.

2. By this stipulation, the defendant now moves to continue the Status Conference until May 7, 2020, at 9:30 a.m. and to exclude time between March 5, 2020 and May 7, 2020 and under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for Mr. Saeteurn need additional to review discovery and conduct additional research regarding the plea agreement.

   b. Defense counsel and the US Attorney have been discussing a resolution to the case and need further time to resolve the matter.

Stipulation and Order
1

c. Counsel for defendant Mr. Saeteurn believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The United States Attorney agrees to the continuance.

d. All counsel agrees to the continuance.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of March 5, 2020 and May 7, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: March 3, 2020

Respectfully Submitted,

/s/ Linda M. Parisi

_____
Linda M. Parisi
Attorney for A Vern Saeteurn

Dated: March 3, 2020                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Linda M. Parisi by e-mail authorization

                                        _____
                                        Vincenza Rabenn, Assistant U.S. Attorney
                                        Attorney for Plaintiff

Stipulation and Order

2

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for A Vern Saeteurn

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00212-TLN-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| A. VERN SAETEURN, | |
| Defendant. | |

Based on the reasons set forth in the stipulation of the parties filed on March 3, 2020, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the Status Conference currently set for March 5, 2020, be vacated and that the Status Conference be set for May 7, 2020, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 3, 2020 stipulation, the time within which the trial of this matter must be

///

///

Stipulation and Order

3

commenced under the Speedy Trial Act is excluded during the time period of March 5, 2020 and May 7, 2020, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: March 3, 2020

_____
Troy L. Nunley
United States District Judge