LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for A Vern Saeteurn

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   | CASE NO.  2:18-CR-00212-TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| A Vern Saeteurn, | |
| Defendant. | |

Defendant A Vern Saeteurn, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Vincenza Rabenn, hereby stipulate as follows:

1. By previous stipulation, this matter was set for a Status Conference on September 24, 2020.

2. By this stipulation, the defendant now moves to continue the Status Conference until February 4, 2021 at 9:30 a.m. and to exclude time between September 24, 2020 and February 4, 2021 under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for Mr. Saeteurn needs additional time to research regarding the plea agreement, meet with the client and review additional discovery.

Stipulation and Order

1

     b.     Defense counsel and the US Attorney have been discussing a resolution to the case and need further time to resolve the matter.

     c.     Counsel for defendant Mr. Saeteurn believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     c.     The United States Attorney agrees to the continuance.

     d.     All counsel agrees to the continuance.

     e.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of September 24, 2020 and February 4, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: September 21, 2020

                                          Respectfully Submitted,

                                          /s/ Linda M. Parisi

                                          Linda M. Parisi
                                          Attorney for A Vern Saeteurn

Dated :September 21, 2020                 BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Linda M. Parisi by e-mail authorization

                                          Vincenza Rabenn, Assistant U.S. Attorney
                                          Attorney for Plaintiff

Stipulation and Order

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for A Vern Saeteurn

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Case No. 2:18-cr-00212-TLN-1

**ORDER**

UNITED STATES OF AMERICA

      Plaintiff,

 v.

A VERN SAETEURN,

      Defendant.

   Based on the reasons set forth in the stipulation of the parties filed on July 20, 2020, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the Status Conference currently set for September 24, 2020, be vacated and that the Status Conference be set for February 4, 2021, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 21, 2020 stipulation, the time within which the trial of this matter must be

Stipulation and Order

3

1 commenced under the Speedy Trial Act is excluded during the time period of September 24, 2020,
2 through February 4, 2021 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated:  September 23, 2020

_____
Troy L. Nunley
United States District Judge