PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-212 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| A VERN SAETEURN, | DATE: November 4, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 4, 2021.

2. By this stipulation, defendant now moves to continue the status conference until December 16, 2021, and to exclude time between November 4, 2021, and December 16, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes documents, photos, and statements. This case involves, among other allegations, that defendant participated in a controlled substance distribution operation along with his brother, Ou Vern Saeteurn, who is charged in a separate related case (Case Number 2:18-cr-244 TLN). The

government has recently provided a revised plea agreement to both A Saeteurn and his brother Ou Saeteurn. Defense counsel requires additional time to review the proposed plea agreement with A Saeteurn and to investigate sentencing mitigation information. Given the need for further preparation time, counsel for A Saeteurn requests that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 to allow reasonable time to prepare.

b) A Saeteurn is being held in pre-trial detention at the Sacramento County Main Jail. Defense counsel continues meetings in-person with A Saeteurn to discuss the revised settlement agreement and potential sentence mitigation investigation. Due to practical limitations on client access based on the continuing pandemic, defense counsel requires additional time to meet with A Saeteurn, and to investigate potential mitigation evidence in support of the defense sentencing request. The government does not oppose the request.

c) Counsel for defendant desires additional time to review the current charge, analyze the discovery, and discuss plea negotiations with the government.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 4, 2021 to December 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated: November 4, 2021          PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 /s/ PAUL HEMESATH
                                 PAUL HEMESATH
                                 Assistant United States Attorney

Dated: November 4, 2021          /s/ LINDA PARISI
                                 LINDA PARISI
                                 Counsel for Defendant
                                 A VERN SAETEURN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of November, 2021.

Troy L. Nunley
United States District Judge