*LAW OFFICE OF WING & PARISI*
LINDA M. PARISI, SBN 84247
917 G Street
Sacramento, CA 95814
(916) 441-4888

Attorneys for A VERN SAETEURN

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-212 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| A VERN SAETEURN, | Date:  December 16, 2021 |
| Defendant. | Time:  9:30 a.m. |
| | Court:  Hon. Troy L. Nunley |

STIPULATION & ORDER CONTINUING STATUS CONFERENCE

Plaintiff United States of America and defendant A Vern Saeteurn, through their respective attorneys, request that the status conference/change of plea hearing set for December 16, 2021, be continued by the Court to January 13, 2022, at 9:30 a.m.

This case involves, among other allegations, that defendant participated in a controlled substance distribution operation along with his brother, Ou Vern Saeteurn, who is charged in a separate related case (Case Number 2:18-cr-244 TLN). The parties anticipated a change of plea hearing, as part of a package offer to both Ou Saeteurn and A Saeteurn, would occur on December 16, 2021. Defendant A Saeteurn requests to continue the status conference change of plea hearing to January 13, 2022.

Both Ou Saeteurn and A Saeteurn are held in pre-trial custody at the Sacramento County Main Jail, and both remain quarantined due to potential COVID-19 exposure involving an unrelated inmate housed on their floor and pod. In addition, a transformer explosion at an electrical facility approximately one block from the jail and federal courthouse has interfered with electricity service at both the Sacramento County Main Jail and the Robert Matsui Federal Courthouse. The result of the power disruption is that defense counsel is unable to meet in person or via videoconferencing equipment with A Saeteurn.

Given the unusual circumstances, Defense counsel requires additional time to review the proposed plea agreement with A Saeteurn and to investigate sentencing mitigation information. Defense counsel therefore requests that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 to allow reasonable time to prepare. The government does not oppose the request. It is anticipated, however, that the January 13th status conference will result either in a change of plea or setting of the matter for trial.

Assistant U.S. Attorney Paul A. Hemesath has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on his behalf.

Dated: December 15, 2021   */s/ Linda Parisi/*

_____

LINDA PARISI

Attorney for Defendant A SAETEURN

Dated: December 15, 2021   PHILLIP A. TALBERT

Acting United States Attorney

*/s/ Paul A. Hemesath*

By: _____

PAUL A. HEMESATH

Assistant United States Attorney

(Per email authorization)

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the status conference/change of plea hearing, presently set December 16, 2021, shall be continued to January 13, 2022, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the

ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, December 16, 2021, up to and including the January 13, 2022 status conference/change of plea hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

    IT IS SO ORDERED.

Dated: December 16, 2021

Troy L. Nunley
United States District Judge