LAW OFFICE OF WING & PARISI
Linda M. Parisi, CA SBN 84247
917 G St
Sacramento, CA 95814
Telephone: (916) 441-4888

Attorney for Defendant
A. VERN SAETEURN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A VERN SAETEURN,<br><br>　　　　Defendant. | CASE NO. 2:18-CR-212 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:　January 13, 2022<br>Time:　9:30 a.m.<br>Court:　Hon. Troy L. Nunley |

　　　　Plaintiff United States of America and defendant A Vern Saeteurn, through their respective attorneys, request that the status conference set for January 13, 2022, be continued by the Court to February 3, 2022, at 9:30 a.m., to allow defense counsel necessary time to complete investigation of the case, including the guilt phase and sentencing mitigation witnesses and evidence in anticipation of a change of plea in this matter.

　　　　This case involves, among other allegations, that defendant participated in a controlled substance distribution operation along with his brother, Ou Vern Saeteurn, who is charged in a separate related case (Case Number 2:18-cr-244 TLN).  Given the need for further preparation time, counsel for A Vern Saeteurn requests that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 to allow reasonable time to prepare.

STIPULATION & ORDER CONTINUING
STATUS CONFERENCE

1

The parties anticipate resolution of this matter by a written plea agreement. Settlement efforts have been complicated by measures taken to mitigate the spread of COVID-19. Since March 18, 2020, this Court has issued a series of General Orders, including General Orders 612, 617, 618, 620, 624, 628, 630 and 631, restricting access to federal courthouses in the Eastern District of California for the period from March 18, 2020, up to June 14, 2021. General Order 631 authorized each district judge to determine whether to conduct hearings either in person or via videoconferencing beginning on June 14, 2021. The most recent order (General Order 635) extends the restrictions for up to an additional 90-days from September 28, 2021.

A recent surge in infections involving the Delta Variant caused Sacramento health officials to reimpose indoor masking requirements. These public health orders and accompanying developments regarding the pandemic have impacted the ability of defense counsel to meet with Ou Saeturn and prepare for his change of plea hearing. A Saeteurn is being held in pre-trial detention at the Sacramento County Main Jail. Defense counsel continues efforts to meet in-person with A Saeteurn. Due to practical limitations on client access, defense counsel requires additional time to meet with Mr. Saeteurn and to investigate potential mitigation evidence in support of the defense sentencing request.

Assistant U.S. Attorney Paul A. Hemesath has reviewed this stipulation and authorized Attorney Linda M. Parisi via email to sign it on his behalf.

Dated: January 12, 2022     */s/ Linda M Parisi*
                            LINDA M. PARISI
                            Attorney for Defendant OU SAETEURN

Dated: January 12, 2022     PHILLIP A. TALBERT
                            Acting United States Attorney

                     By:    */s/ Paul A. Hemesath*
                            PAUL A. HEMESATH
                            Assistant United States Attorney

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the change of plea/status conference, presently set January 13, 2022, shall be continued to February 3, 2022, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 13, 2022, up to and including the February 3, 2022 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: January 12, 2022

Troy L. Nunley
United States District Judge